2016-1672 (La. 9/7/16)

**STATE of Louisiana**

v.

**Marcus HARRIS**

**NO. 2016-KD-1672**

Supreme Court of Louisiana.

September 7, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Jefferson, 24th Judicial District Court Div. K, No. 14-4496; to the Court of Appeal, Fifth Circuit, No. 2016-K-517

|₁Stay denied. Writ denied.

HUGHES, J., would grant.

■

2016-1661 (La. 9/8/16)

**William Gregory BOZEMAN**

v.

**INTERNATIONAL PAPER COMPANY, et al.**

**NO. 2016-CC-1661**

Supreme Court of Louisiana.

September 8, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Orleans, Civil District Court Div. B, No. 2015-10365; to the Court of Appeal, Fourth Circuit, No. 2016-C-0871

|₁Stay denied; Writ denied.

■

2016-1655 (La. 9/8/16)

**STATE of Louisiana IN the INTEREST OF W.Y.**

**NO. 2016-CK-1655**

Supreme Court of Louisiana.

September 8, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Orleans, Orleans Parish Juvenile Court, Nos. 2015-04 9-02-DQ-C, 2015-138-03-DQ-C, 2015-197-01-DQ-F; to the Court of Appeal, Fourth Circuit, No. 2016-C-0853

|₁Denied.

■

2016-1677 (La. 9/9/16)

**John KELLY**

v.

**Dawn HATAWAY, et al.**

**NO. 2016-CC-1677**

Supreme Court of Louisiana.

September 9, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Orleans, Civil District Court Div. L, No. 2010-10386; to the Court of Appeal, Fourth Circuit, No. 2016-C-0888